JGW:USAO#2018R00433

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAY 31 PM 4:43

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO: ELH-18-0310 |
| | * | |
| DARNELL M. MILLER and | * | |
| GARY MERTYL, | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute Marijuana, |
| Defendants. | * | 21 U.S.C. § 846) |
| | * | |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

From in or about 2013, and continuing through the date of this Indictment, in the District of Maryland, New Jersey, Ohio, Pennsylvania, Arizona and elsewhere,

**DARNELL M. MILLER and
GARY MERTYL,**

the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute one thousand kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846

ROBERT K. HUR
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: 5/31/18

1